UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-45-MOC

| ARNALDO RICHETTI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KILOLO KIJIKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Social Security Brief. (Doc. No. 10). Plaintiff's Brief was submitted on September 19, 2023. Defendant's Brief was due on October 20, 2023. Defendant's Brief has yet to be submitted.

**IT IS HEREBY ORDERED** that Defendant shall **RESPOND** to Plaintiff's Social Security Brief (Doc. No. 10) within seven days of the entry of this order.

.
.

Signed: October 27, 2023

Max O. Cogburn Jr
United States District Judge