UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-359-MOC-SCR

| | |
|---|---|
| STEVEN FERBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| KILOJO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, (Doc. No. 7), with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby **REMANDS** this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Thus, the Court **GRANTS** the Consent Motion to Remand (Doc. No. 7). Furthermore, Plaintiff's pending summary judgment brief, which has been docketed as a motion, (Doc. No. 4), shall be **TERMINATED** as **MOOT**.

Signed: November 30, 2023

Max O. Cogburn Jr
United States District Judge